# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2371
LT Case No. 16-2016-CF-6391-A

_____

PERCY ALLEN STUCKS, JR.,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Percy Allen Stucks, Jr., Daytona Beach, pro se.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.

February 10, 2026

PER CURIAM.

 AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____